(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
JUAN ANTONIO CORTEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>JUAN ANTONIO CORTEZ,<br><br>   Defendant. | Case No.: CR-F-03-5210 AWI<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**and**<br><br><u>**ORDER**</u> |
|---|---|

**IT IS HEREBY STIPULATED** by and between all parties herein that the Sentencing, as well as relative filings by the United ] States Probation Office, and responses thereto, be continued as set forth below:

|  | <u>Current</u> | <u>Continued to:</u> |
|---|---|---|
| Report Available to Counsel: | 6/6/2005 | 6/28/2005 |
| Informal Objections Due: | 6/20/2005 | 7/12/2005 |
| Formal Objections Due: | 7/5/2005 | 7/26/2005 |
| SENTENCING: | 7/11/2005 | 8/1/2005<br>9:00 a.m. |

  This continuance is requested by counsel for Defendant, JUAN ANTONIO CORTEZ, as well as by Probation Officer, Michael W.

1  Armistead, due to the fact that Defendant, Juan Cortez, has not
2  been able to be interviewed by Mr. Armistead, and the additional
3  time is requested for the purpose of the interview of Mr. Cortez
4  and the preparation of the Probation Report thereafter.
5       Counsel for Defendant has spoken with Assistant U. S.
6  Attorney, MARLON COBAR, who has no objection to this continuance.
7       DATED: May 24, 2005.

                                    NUTTALL & COLEMAN

                                        /S/ Roger T. Nuttall
                             By: _____
                                 ROGER T. NUTTALL
                                 Attorneys for Defendant,
                                 JUAN ANTONIO CORTEZ

     DATED: May 24, 2005.

                                         /S/ Marlon Cobar
                             By: _____
                                 MARLON COBAR
                                 Assistant U.S. Attorney

     DATED: May 24, 2005.

                             By:    /S/ Michael W. Armistead
                                    United States Probation
                                           Officer

                              **O R D E R**

     IT IS SO ORDERED.

**Dated:   June 30, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE