**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                              RE:    CORTEZ, Juan Antonio
                                        Docket Number: 1:03CR05210-01 AWI
                                        <u>PERMISSION TO TRAVEL OUT OF COUNTRY</u>

Your Honor:

On August 22, 2005, the defendant was sentenced to 36 months probation following his conviction for Making and Using a False Official Writing and Aiding and Abetting, in violation of 18 USC 1001(a)(3), and (2). The purpose of this memorandum is to request the Court's permission to allow Mr. Cortez to travel to Tijuana, Baha California, Mexico to aid his wife in her recovery following her need to undergo surgery for the removal of a hernia. The defendant and his wife are in need of seeking medical care in Mexico because of the reduced costs. He is requesting permission to travel to Mexico for this purpose for a period of 10 days, most likely during the month of November, 2005.

The undersigned officer has no objection to the defendant's request for travel. It is noted that he owes financial obligations to the Court relative to his conviction for the instant matter. However, because of the need for his wife to receive medical care, it is recommended that the Court grant the defendant permission to travel for this purpose. As to the specific dates of travel, it is requested that the Court allow him to travel for a period of 10 days with the specific dates to be determined and approved by the undersigned officer once those dates are known.

      Should the Court have any questions or concerns, please feel free to contact me at (559) 498-7569.

                                      Respectfully submitted,

                                       /s/ Melinda S. Peyret

                                      **Melinda S. Peyret**
                                **United States Probation Officer**

Re:     CORTEZ, Juan Antonio
        Docket Number:   1:03CR05210-01 AWI
        **PERMISSION TO TRAVEL OUT OF COUNTRY**

Dated:     November 1, 2005
           Fresno, California

**REVIEWED BY:**     /s/ Bruce Vasquez
                    **Bruce Vasquez**
                    **Supervising United States Probation Officer**

AGREE: ✖     DISAGREE: _____

IT IS SO ORDERED.

**Dated:   November 5, 2005**          /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

Rev. 03/2005
MEMO-CT.MRG