UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M



Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                RE:   **CORTEZ, Juan Antonio**
                      **Docket Number:  1:03CR05210-01 AWI**
                      **PERMISSION TO TRAVEL OUT OF COUNTRY**

Your Honor:

On August 22, 2005, the releasee was sentenced to 36 months probation following his conviction for Making and Using a False Official Writing, and Aiding and Abetting. The purpose of this memorandum is to request the Court's permission to allow the releasee permission to travel to Tijuana, Mexico, to pick up medications for his wife. His wife underwent medical care in Mexico a year ago and is in need of current medication for her ongoing medical issues. The undersigned officer has no objection to the releasee's request. He seeks permission to go into Mexico for one day. He is currently in compliance with his terms and conditions of supervision.

Should Your Honor have any questions or concerns, I can be reached at (559) 499-5733.

                              Respectfully submitted,

                              /s/ Melinda Peyret

                            **Melinda Peyret**
                **Senior United States Probation Officer**

Dated:       12/26/2006
               Fresno, California
               mp

**RE:   CORTEZ, Juan Antonio**
      **Docket Number:   1:03CR05210-01 AWI**
      <u>**Permission to Travel Out-Of-Country**</u>


**REVIEWED BY:**      ___/s/ Bruce Vasquez___
                     **BRUCE A. VASQUEZ**
                     **Supervising United States Probation Officer**


AGREE: ___✖_____                        DISAGREE: _____


IT IS SO ORDERED.

**Dated:** ___**January 3, 2007**___                _____/s/ Anthony W. Ishii_____
0m8i78                                    UNITED STATES DISTRICT JUDGE

Rev. 05/2006
MEMO – COURT.MRG