UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br>　　v.<br>JUAN ANTONIO CORTEZ,<br>　　　　　Defendant | 1:03-CR-05210-001 AWI<br><br>JUDGMENT AFTER HEARING ON VIOLATION OF SUPERVISED RELEASE |

　　　The above-named defendant appeared before the Court on July 9, 2007, to answer charges that he had violated the terms and conditions of supervised release;

　　　The defendant admitted to Charge One as alleged in the petition filed on May 4, 2007, in that he had Unauthorized Out-of-District Travel.

　　　The Court finds that the defendant has violated the previously imposed terms and conditions and continues supervised release upon those terms and conditions.

　　　Upon payment in full of the $5,000.00 fine supervised release shall be terminated.

Dated: July 23, 2007　　　　　　　ANTHONY W. ISHII
　　　　　　　　　　　　　　　　　United States District Judge

1